UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

AMBER HENDRICK, ET AL.                    CIVIL ACTION

VERSUS

OUTBACK STEAKHOUSE OF                     NO.: 14-462-BAJ-SCR
FLORIDA, LLC, ET AL.

## RULING AND ORDER

On December 23, 2014, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiffs' Amber Hendrick and Adam Hendrick's[1] Motion to Remand (Doc. 7) be granted. (Doc. 10).

The Magistrate Judge's Report and Recommendation specifically notified the parties that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 10 at p. 1). A review of the record indicates that the January 9, 2015 deadline has passed and no objections have been filed.

Having carefully considered the instant motion, Plaintiffs' Complaint, and related filings, the Court approves the Magistrate Judge's Report and

---

[1] The Plaintiffs claims were filed individually and on behalf of their minor child and real party in interest, Hannah Hendrick. (Doc. 1-3 at p. 2).

Jury
23rd JDC-certified

Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 10)** is ADOPTED as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiffs' **Motion to Remand (Doc. 7)** is **GRANTED**.

Baton Rouge, Louisiana, this 9th day of March, 2015.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA